**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MAGED "MATT" GUIRGUIS AND YOUHANNA "JOHN" LABIB,** | § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:21-CV-00168-S** |
| **DAVID EITCHES,** | § § § | |
| *Defendant*. | § | |

**JOINT MOTION TO EXTEND DEADLINE**

Defendant David Eitches ("Defendant") and Plaintiffs Maged "Matt" Guirguis and Youhanna "John" Labib ("Plaintiffs") file this Joint Motion to Extend the Deadline for Defendant to file an Answer or otherwise respond.

The deadline for Defendant to file an Answer or otherwise respond is sixty (60) days from May 6, 2021—the date Plaintiffs sent their request that Eitches waive service of summons. Because sixty days from May 6, 2021 is July 5, 2021, a legal holiday, the deadline to file is July 6, 2021. The parties respectfully request that the Court enter an Order to extend the deadline to August 20, 2021—forty-five (45) days after the current deadline. Over the last several months, the parties have engaged in settlement negotiations and are working on a written settlement agreement. The proposed settlement involves complex issues relating to transfers of interests in real property. The parties need additional time to determine if a final settlement can be reached and would like to avoid incurring fees in connection with this litigation if the parties can reach an agreed resolution. The extension is sought for the purpose of allowing the parties to continue efforts to conclude a settlement.

Accordingly, the parties respectfully request that the Court grant this Joint Motion and extend the Defendant's deadline to file an Answer or otherwise respond to August 20, 2021.

Dated: June 29, 2021

Respectfully submitted,

/s/ *Stephen C. Rasch*
Stephen C. Rasch
Texas Bar No. 16551420
Stephen.Rasch@tklaw.com
THOMPSON & KNIGHT, LLP
1522 Routh St., Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Fax: 214.969.1751

**ATTORNEYS FOR DEFENDANT
DAVID EITCHES**

/s/ *Elliot Strader*
Elliot Strader
Texas Bar No. 24063966
elliot.strader@akerman.com
Xakema Henderson
Texas Bar No. 24107805
xakema.henderson@akerman.com
Michael B. Hess
Texas Bar No. 24095710
michael.hess@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR PLAINTIFFS
MAGED "MATT" GUIRGUIS AND
YOUHANNA "JOHN" LABIB**

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Texas. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Stephen C. Rasch
Stephen C. Rasch