**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MAGED "MATT" GUIRGUIS AND YOUHANNA "JOHN" LABIB,** | § § § | |
| *Plaintiffs*, | § § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:21-cv-00168-S** |
| **DAVID EITCHES,** | § § § § | |
| *Defendant*. | § | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Maged "Matt" Guirguis and Youhanna "John" Labib file this Notice of Dismissal and hereby dismiss any and all claims against Defendant David Eitches, with prejudice to refiling same.

Dated: October 26, 2021

Respectfully submitted,

AKERMAN LLP

By:    /s/ *Elliot Strader*
       Elliot Strader
       Texas Bar No. 24063966
       elliot.strader@akerman.com
       Xakema Henderson
       Texas Bar No. 24107805
       xakema.henderson@akerman.com
       Michael B. Hess
       Texas Bar No. 24095710
       michael.hess@akerman.com

       2001 Ross Avenue, Suite 3600
       Dallas, Texas 75201
       Telephone: 214.720.4300
       Facsimile: 214.981.9339

**ATTORNEYS FOR PLAINTIFFS**
**MAGED "MATT" GUIRGUIS AND**
**YOUHANNA "JOHN" LABIB**